

1700 G Street NW, Washington, D.C. 20552

**MEMO ENDORSED**

August 13, 2020

Via ECF

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building
  and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:   *CFPB v. Law Offices of Crystal Moroney, P.C.*, No. 7:20-cv-3240-KMK (S.D.N.Y.)

Dear Judge Karas:

   A hearing on the Order to Show Cause issued by this Court (ECF 10) in the above-referenced case is scheduled for August 18, 2020. Petitioner the Bureau of Consumer Financial Protection respectfully requests leave of the Court for E. Vanessa Assae-Bille and Kevin Friedl to present arguments in support of the Bureau's Amended Petition to Enforce the Civil Investigative Demand. (ECF 6). Should the Court approve this request, Mr. Friedl would present arguments addressing the Bureau's statutory funding mechanism and the Bureau Director's ratification of this action. Ms. Assae-Bille would address the "practice-of-law" exclusion issue raised by Respondent, the inapplicability of the attorney-client privilege or professional responsibility rules, and the Respondent's request for joinder under Federal Rule of Civil Procedure 19.

   Respondent Law Offices of Crystal Moroney, P.C., does not object to this request.

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.

Respectfully submitted,

*/s/ Jehan A. Patterson*
Jehan A. Patterson
   *Attorney*

August 14, 2020

consumerfinance.gov

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Tel: (202) 435-7264
Email: jehan.patterson@cfpb.gov

cc: Michael DeGrandis, mike.degrandis@ncla.legal  (*Attorney for Respondent*)