UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>       Petitioner,<br><br>   v.<br><br>LAW OFFICES OF CRYSTAL MORONEY, P.C.,<br><br>       Respondent. | Case No. 20-CV-3240 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  For the reasons stated on the record at the Oral Argument on August 18, 2020, the Court grants Petitioner's Petition to Enforce the Civil Investigative Demand, (Dkt. No. 6).

SO ORDERED.

DATED: August 19, 2020
      White Plains, New York

                    KENNETH M. KARAS
                    UNITED STATES DISTRICT JUDGE