UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>   Petitioner-Appellee,<br><br>v.<br><br>LAW OFFICES OF CRYSTAL MORONEY, P.C.,<br><br>   Respondent-Appellant. | Case No. 7:20-cv-03240-KMK<br><br>**NOTICE OF APPEAL** |

   Notice is hereby given that Respondent Law Offices of Crystal Moroney, P.C. appeals to the United States Court of Appeals for the Second Circuit from this Court's Order granting Petitioner's Petition to Enforce the Civil Investigative Demand, entered August 19, 2020 (ECF No. 29).

Respectfully submitted,

Dated: October 7, 2020

Michael P. DeGrandis, *pro hac vice*
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
tel.: (202) 869-5210
mike.degrandis@ncla.legal

*Counsel to Respondent-Appellant
Law Offices of Crystal Moroney, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF system upon all counsel of record in the above-captioned case. A courtesy copy will also be e-mailed to the Petitioner-Appellee.

_____
Michael P. DeGrandis