Case 7:20-cv-03240-KMK   Document 40   Filed 10/23/20   Page 1 of 2



 **Consumer Financial Protection Bureau**

1700 G Street NW, Washington, D.C. 20552

October 23, 2020

<u>Via ECF</u>

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building
  and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:   *CFPB v. Law Offices of Crystal Moroney, P.C.*, No. 7:20-cv-03240-KMK (S.D.N.Y.)

Dear Judge Karas:

    The Bureau respectfully requests an adjournment and re-calendaring of the hearing in this case scheduled for November 19, 2020, on Respondent's motion to stay the Court's judgment pending appeal. The Court scheduled that hearing in a calendar notice issued yesterday, October 22. ECF No. 39.

    At the August hearing on the Bureau's petition to enforce the CID in this case, I addressed Respondent's constitutional arguments why the CID should not be enforced. Because those arguments appear to form the basis of Respondent's stay request, I plan to argue against the stay motion on behalf of the Bureau. Unfortunately, the hearing scheduled in this case conflicts with a previously scheduled court hearing in which I will also be appearing on behalf of the Bureau. *See* Order, *CFPB v. Seila Law, LLC*, No. 17-56324 (9th Cir. Oct. 16, 2020) (setting argument on November 19 for 11:00 am Pacific time).

    For this reason, the Bureau respectfully requests that the hearing in this case be adjourned and re-calendared. I have no conflicts any other date in November except November 27 and am available for an earlier hearing date if it would be convenient for the Court.

**consumerfinance.gov**

Respectfully submitted,

*/s/ Kevin E. Friedl*
Kevin E. Friedl
  *Senior Counsel*
Consumer Financial Protection Bureau

cc: Michael P. DeGrandis, *counsel for Respondent* (via ECF)

Granted. The oral argument will go forward by teleconference on 12/16/2020 at 11:00 AM

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

10/28/2020