UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUREAU OF CONSUMER FINANCIAL PROTECTION,

       Petitioner,

  v.

LAW OFFICES OF CRYSTAL MORONEY, P.C.,

       Respondent.

20-CV-03240 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

 For the reasons stated on the record at the Oral Argument on December 16, 2020, the Court denies Respondent's Motion To Stay and the Clerk of the Court is respectfully directed to terminate the pending Motion. (Dkt. No. 34).

 SO ORDERED.

Dated: December 30, 2020
    White Plains, New York

                KENNETH M. KARAS
                United States District Judge